| | | | |
|---|---|---|---|
| CHIEF EDITOR | - | - | W. J. TOSSEL |
| President | - | - | J. F. Laning |
| Vice Pres & Cir. Mgr. | - | Sam H. Torrey |
| Secretary and Treasurer | - | S. R. Laning |

Issued Every Wednesday
50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

Per year (50 issues) Payable in Advance..$15.00
Single Numbers ........................ .50
First Semi-Annual Digest, No. 36, separately  2.50
Second Semi-Annual Digest, Vol. 2, No. 2  2.50

---

**Due Notices.** We give each subscriber two weeks' mail notice of the due date of his paper, and those who make prepayment, in reply to the statement, are entitled to a 20 per cent abatement of the price.
Address all communications to:
**The Law Abstract Co., 1719 Lakefront Ave.**

---

## POPULARITY OF THE ABSTRACT ·

The finest tribute that we have received for the Abstract, stronger than any mere verbal commendation can be, is that over sixty per cent of the subscribers to it, located in different parts of the State, whose prepaid term .had expired at the close of the year 1923, at the end of January had renewed and paid in advance the price of the paper for 1924. This shows how the Abstract is regarded by the Judges and Attorneys who are familiar with it.

There are undoubtedly patrons who devote but little time to reading this paper, and do not get much acquainted with it or its contents, who cannot so well appreciate it, but the fact remains that the Abstract is almost an universal favorite with its readers, comprising a large percentage of the Ohio Bench and Bar. This fact is also accentuated by the many encouraging letters we receive concerning it.

---

## EXPLANATION

We regret being called upon to explain that, after using sufficient pages in this week's number to include the Current February Digest, so little space is left that in order to include a fair showing of opinions, we are compelled to omit the Current Digest for this week. This is only temporary, however, as we shall make next week's digest include the first two weeks of March. Next month we shall increase the size of the paper so that other contents of the Abstract will not be interfered with.

## DISTRICT COURTS OF U. S.

### No. 158

### TRUMBULL STELL CO. v. ROUTZAHN

U. S. District Court, N. D. Ohio, E. D.
No. 11950. Decided Sept. 22, 1923

476. INTERNAL REVENUE—New issue of shares of stock of par value of $25 for each share of old stock of par value of $100 not subject to stamp tax.

1030. STATUTES—Re-enactment of statute, adoption of previous construction.

WESTENHAVER, D. J.

#### Epitomized Opinion

This was an action by the Trumbull Steel Company against C. F. Routzahn, Collector of Internal Revenue, to recover back a stamp tax paid to the U. S. government. Prior to Aug. 16, 1820, the Trumbull Steel Co. had issued an outstanding 131,681 shares of stock evidenced by certificates of par value of $100 each. On that date pursuant to Secs. GC. 8719-8722 of Ohio the Company amended its articles of incorporation, changing the par value of each share of $100 to $25. The outstanding certificates were thereafter called in and four new for each of the old were issued. No other change in stock ownership or stock privileges or corporate organizaton was made. A tax of 5c on each $100 par value of the new certificates was levied and assessed, paid under protest, and application for a refund made to the Commissioner of Internal Revenue, and by him refused. This action was then brought against the Collector. A demurrer was filed thereto. In overruling the demurred the court held:

1. This readjustment of. the stock of the corporation was not an original issue either on organization or re-organization and that the new certificates were not subject to the war revenue tax of Nov. 23, 1921 (Secs. 1100 and 1107, Schedule A, pa. 2, Comp. Stat. Supp. 1923, par. 6318i, 6318p).

2. The re-enactment by Congress, without change, of a statute which has previously received a certain construction, whether judicial or departmental, is an adoption of such construction.

**Attorneys**—Harrington, De Ford, Huxley & Smith, Youngstown, for Trumbull Steel Co.; A. E. Bernsteen and Fred S. Day, Cleveland, for Routzahn.